# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | | |
|---|---|---|
| UNUM LIFE INSURANCE COMPANY OF AMERICA, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CIVIL ACTION FILE NO. 3:21-CV-00071-CAR |
| MATTIE MORRISON PHILLIPS and ASHA V. STANFORD, | ) ) ) | |
| Defendants. | ) | |

**ORDER FOR DISCHARGE, DISMISSAL AND PERMANENT INJUNCTION**

This matter is before the Court on Plaintiff in Interpleader Unum Life Insurance Company of America's ("Unum") Consent Motion for Discharge, Dismissal, and Permanent Injunction (the "Motion"). Having considered all matters of record, and for good cause shown, the Motion [Doc. 19] is hereby **GRANTED**. Accordingly, **IT IS HEREBY ORDERED**:

a) That Unum is hereby **DISCHARGED** from all further liability under the Walton County Board of Education's Employee Benefit Plan (the "Plan") beyond those monies deposited into the Court's Registry in the amount of $104,060.28 (the "Interpleader Funds"), which

represent the benefits payable under the Plan by reason of the death of Oliver Phillips (the "Decedent");

b) That Unum is hereby **DISMISSED WITH PREJUDICE** from this action; and

c) That Defendants Mattie Morrison Phillips and Asha V. Stanford are hereby **PERMANENTLY ENJOINED** and restrained from initiating any other action against Unum for recovery of the benefits payable under the Plan by reason of the death of the Decedent.

**SO ORDERED**, this 19th day of August, 2021.

                                          S/ C. Ashley Royal
                                          HONORABLE C. ASHLEY ROYAL
                                          UNITED STATES DISTRICT JUDGE

Order presented by:

s/ *Brendan H. White*
Elizabeth J. Bondurant
Georgia Bar No. 066690
Brendan H. White
Georgia Bar No. 458315

Womble Bond Dickinson (US) LLP
271 17th Street NW, Suite 2400
Atlanta, Georgia 30363
Telephone: (404) 872-7000
Facsimile:   (404) 888-7490
Lisa.Bondurant@wbd-us.com
Brendan.White@wbd-us.com

*Attorneys for Unum Life Insurance Company of America*