IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| UNUM LIFE INSURANCE COMPANY OF AMERICA, | * |
| | * |
| Plaintiff, | Case No. 3:21-CV-71 (CAR) |
| v. | * |
| MATTIE MORRISON-PHILLIPS and ASHA V. STANFORD, | * |
| | * |
| Defendants. | |

## J U D G M E N T

Pursuant to this Court's Order dated March 29, 2023 and for the reasons stated therein, judgment is entered in favor of MATTIE MORRISON-PHILLPS for the entire value of the disputed life insurance policy at issue in this case.

This 29th day of March, 2023.

David W. Bunt, Clerk

s/ Gail G. Sellers, Deputy Clerk