# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## ATHENS DIVISION

UNUM LIFE INSURANCE                 :
COMPANY OF AMERICA,                 :
                                    :
     Plaintiff,              :
                                    :        No. 3:21-CV-71 (CAR)
v.                                  :
                                    :
MATTIE MORRISON-PHILLIPS and  :
ASHA V. STANFORD,                   :
                                    :
     Defendants,             :
_____ :

MATTIE MORRISON-PHILLIPS,           :
                                    :
     Cross Claimant,         :
                                    :
v.                                  :
                                    :
ASHA V. STANFORD,                   :
                                    :
     Cross Defendant,        :
_____ :

ASHA V. STANFORD,                   :
                                    :
     Cross Claimant,         :
                                    :
v.                                  :
                                    :
MATTIE MORRISON-PHILLIPS,           :
                                    :
     Cross Defendant.        :
_____ :

## ORDER VACATING JUDGMENT

1

On March 29, 2023, Judgment was prematurely entered in this case.  The parties' Cross Claims for tortious interference of contract remain pending,[1] and the Court did not direct entry of judgment in accordance with Fed. R. Civ. P. 54(b). Thus, the Judgment entered on March 29, 2023 [Doc. 28] is hereby **VACATED**. Judgment will be entered once all claims have been adjudicated.

**SO ORDERED,** this 26th day of May, 2023.

S/ C. Ashley Royal
C. ASHLEY ROYAL, SENIOR JUDGE
UNITED STATES DISTRICT COURT

---

[1] *See* Cross Claimant Morrison-Phillips' Cross Claim [Doc.11]; Cross Claimant Stanford's Cross Claim [Doc. 16]; and Order denying summary judgment on Morrison-Phillips' tortious interference claim [Doc. 27].