IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| UNUM LIFE INSURANCE COMPANY OF AMERICA, | : : : | |
| Plaintiff, | : : | No. 3:21-CV-71 (CAR) |
| v. | : : | |
| MATTIE MORRISON-PHILLIPS and ASHA V. STANFORD, | : : : | |
| Defendants, | : : | |
| MATTIE MORRISON-PHILLIPS, | : : | |
| Cross Claimant, | : : | |
| v. | : : | |
| ASHA V. STANFORD, | : : | |
| Cross Defendant, | : : | |
| ASHA V. STANFORD, | : : | |
| Cross Claimant, | : : | |
| v. | : : | |
| MATTIE MORRISON-PHILLIPS, | : : | |
| Cross Defendant. | : : | |

1

## ORDER GRANTING CONSENT MOTION TO DISMISS CROSSCLAIMS and DIRECTING ENTRY OF JUDGMENT AND DISBURSEMENT OF FUNDS

Currently before the Court is the Defendants/Cross Claimants' Joint Stipulation and Consent Motion to Dismiss Crossclaims. For good cause shown, **IT IS HEREBY ORDERED** that the parties' Consent Motion to Dismiss Crossclaims [Doc. 31] is **GRANTED**. Accordingly, Defendant Morrison-Phillips' crossclaims for tortious interference and attorneys' fees and Defendant Stanford's crossclaims for tortious interference and attorneys' fees are **DISMISSED WITH PREJUDICE**, with each party to bear its own attorneys' fees, expenses, and costs.

Having dismissed the tortious interference crossclaims, the Clerk of Court is **DIRECTED** to ENTER JUDGMENT in favor of MATTIE MORRISON-PHILLIPS for the entire value of the disputed life insurance policy at issue in this case and **DISBURSE** funds from the Registry of the Court in the amount of $100,000.00, plus any accrued interest, less any administrative fees due the Clerk, to Defendant MATTIE MORRISON-PHILLIPS.

**SO ORDERED,** this 14th day of July, 2023.

S/ C. Ashley Royal_____
C. ASHLEY ROYAL, SENIOR JUDGE
UNITED STATES DISTRICT COURT