IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| UNUM LIFE INSURANCE COMPANY OF AMERICA, | * |
| | * |
| Plaintiff, | Case No. 3:21-cv-71-CAR |
| v. | * |
| MATTIE MORRISON-PHILLIPS and ASHA V. STANFORD, | * |
| | * |
| Defendants. | |

## **J U D G M E N T**

Pursuant to this Court's Order dated July 14, 2023, and for the reasons stated therein, JUDGMENT is hereby entered in favor of MATTIE MORRISON-PHILLIPS for the entire value of the disputed life insurance policy at issue in this case in the amount of $100,000.00, plus any accrued interest, less any administrative fees due the Clerk.

This 14th day of July, 2023.

David W. Bunt, Clerk

s/ Gail G. Sellers, Deputy Clerk